Frederick Leo SCHNEIDER,
Petitioner/Respondent,

v.

Susan Rose (Schneider) BIPPEN,
Respondent/Appellant.

No. 60918.

Missouri Court of Appeals,
Eastern District,
Division One.

July 14, 1992.

J. Patrick O'Loughlin, O'Loughlin, O'Loughlin & McManaman, Cape Girardeau, for respondent, appellant.

John P. Heisserer, Richey, Rice, Spaeth, Heisserer & Summers, Cape Girardeau, for petitioner, respondent.

## ORDER

PER CURIAM.

Mother appeals from the trial court's order modifying the decree of dissolution as regards child support obligations and her child visitation privileges. We affirm. The trial court's determinations are supported by substantial evidence and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only setting forth reasons for our order affirming the judgment pursuant to Rule 84.16(b).